**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Cause No. 4:24-CR-00455-CMS** |
| **v.** | ) | |
| | ) | |
| **MICHAEL BARTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DOCUMENTATION FILE**

Comes now Defendant, by and through appointed counsel, and hereby files the below-referenced material with the Court as an aid in determining an appropriate sentencing disposition in the above-referenced matter.

1. Character Letter from Michael's mother, Linda Whitford.
2. Character Letter from Michael's brother, Randy Jones.
3. Character Letter from Michael's family friend, Laura Ilsemann.
4. Character Letter from Michael's friend, James Bassler.

Respectfully submitted,

RADEFELD LAW GROUP, LLC.

By *\/s/ Matthew A. Radefeld*

MATTHEW A. RADEFELD (#52288MO)
Attorney for Defendant
7711 Bonhomme Ave., Suite 710
Clayton, Missouri 63105
Phone: (314) 341-0374
E-mail: matthew@radlaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Mr. Michael Hayes
Asst. United States Attorneys
111 South Tenth Street, 20th Floor
St. Louis, Missouri, 63102

*/s/ Matthew A. Radefeld*
MATTHEW A. RADEFELD