Dear Honorable Judge Stevens,

My name is Linda Whitford, Mike's mom. Mike is a hard worker and a good worker. He worked at a vapor store for 10 years. He called me two times a day, when he went to work and when he got off. He came to Illinois from Missouri to mow my yard and do work around my house. I am 72 years old now and can't do it. He helped me so many times. Mike was a good kid growing up and when he gets out, he will have lots of support from family and friends.

Thank you so much for taking time to read this letter and if God is willing and lets me live long enough, I will be here for him when released.

Thank you, Judge Stevens.

Very truly yours sincerely,

Linda Whitford