Dear Honorable Judge Stevens,

My name is Randy Jones and I am Mike's brother. Mike is a hard worker. He is a very caring person who would give the shirt off his back if it would help you. Mike gave me a car when I couldn't afford one so that I could help transport and take care of my family. Mike is a very outgoing individual who makes friends wherever he goes. When Mike is released, he will have my support and lots of support from family and friends.

Thank you, Judge Stevens, for your time.

Sincerely,

Randy Jones