Dear Honorable Judge Stevens,

my name is Laura Ilsemann. I work at Mr Fuel as a Team lead. Mike is my soon to be brother in law. I have known Mike for ten years. Mike is a very sweet and funny guy. He gets along with everyone. and would do anything to help someone in need if he could. I know Mikes mom depends a lot on him and It is hurting her not to have him around. If ~~and~~ or when Mike is released he will have a lot of support. Thank you Judge Stevens.

Sincerly,

Laura Ilsemann