JUDGE STEVEN'S

I WANTED YOU TO KNOW THAT MIKE BARTON IS A FRIEND OF MINE. HE IS A MAN WITH Good VALUES IN LIFE. HE IS SO KIND + COURTEOUS. HE CALLS HIS MOTHER EVERYDAY JUST TO SEE HOW SHE IS DOING. HE ALSO HELPS ANYbody IN NEED. HE LIKES FOR ME TO SEND HIM PRAYERS.

THANK YOU FOR LISTENING
I REALLY APPRICIATE IT.

James P Bassler